# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JONATHAN D. GRINE | : | No. 333 MAL 2016 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| COUNTY OF CENTRE, THE MCSHANE FIRM, LLC AND THEODORE C. TANSKI | : | |
| | : | |
| PETITION OF: COUNTY OF CENTRE | : | |
| | | |
| KELLEY GILLETTE-WALKER | : | No. 334 MAL 2016 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| COUNTY OF CENTRE, SHUBIN LAW OFFICE, P.C., AND SEAN P. MCGRAW | : | |
| | : | |
| PETITION OF: COUNTY OF CENTRE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.